IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
IN RE:                              )
                                    )
FORTRESS SYSTEMS, LLC, d/b/a        )
FSI NUTRITION,                      )
                                    )
            Debtor.                 )
                                    )
FORTRESS SYSTEMS, LLC, d/b/a        )       8:05CV252
FSI NUTRITION,                      )
                                    )
            Plaintiff,              )
                                    )
      v.                            )
                                    )
AAA HEALTH PRODUCTS, INC.,          )       ORDER
(a/k/a QUALITY BOTANICAL            )
INGREDIENTS, INC.),                 )
                                    )
            Defendant.              )
_____)
```

IT IS ORDERED that a hearing on the application to determine garnishment liability (Filing No. 8) is scheduled for:

**Friday, February 24, 2006, at 10:30 a.m.**, Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Objections to the application shall be filed with the Court on or before Wednesday, February 22, 2006.

DATED this 17th day of February, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court