IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
IN RE:                            )
                                  )
FORTRESS SYSTEMS, LLC, d/b/a      )
FSI NUTRITION,                    )
                                  )
          Debtor.                 )
                                  )
OAKLAND/RED OAK HOLDINGS,         )     8:05CV252
INC., Assignee,                   )
                                  )
          Plaintiff,              )
                                  )
     v.                           )
                                  )
AAA HEALTH PRODUCTS, INC.,        )     ORDER
(a/k/a QUALITY BOTANICAL          )
INGREDIENTS, INC.),               )
                                  )
          Defendant.              )
_____    )
```

This matter is before the Court on the application to determine garnishee liability (Filing No. 15) and the motion to intervene (Filing No. 16) filed by Health Science Group, Inc.

IT IS ORDERED that a hearing on said motions is scheduled for:

**Monday, May 1, 2006, at 10 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 19th day of April, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court