IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
IN RE:                          )
                                )
FORTRESS SYSTEMS, LLC, d/b/a    )
FSI NUTRITION,                  )
                                )
            Debtor.             )
                                )
OAKLAND/RED OAK HOLDINGS,       )        8:05CV252
INC., Assignee,                 )
                                )
            Plaintiff,          )
                                )
        v.                      )
                                )
AAA HEALTH PRODUCTS, INC.,      )          ORDER
(a/k/a QUALITY BOTANICAL        )
INGREDIENTS, INC.),             )
                                )
            Defendant.          )
_____)
```

This matter is before the Court on assignee's motion to
continue hearing date (Filing No. 18) on the application to
determine garnishee liability (Filing No. 15) and the motion to
intervene (Filing No. 16) filed by Health Science Group, Inc.

IT IS ORDERED that said motion is granted; the hearing
on said motions is rescheduled for:

**Monday, May 8, 2006, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111
South 18th Plaza, Omaha, Nebraska.

DATED this 24th day of April, 2006.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court