IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| FORTRESS SYSTEMS, LLC, d/b/a | ) | |
| FSI NUTRITION, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| OAKLAND/RED OAK HOLDINGS, | ) | 8:05CV252 |
| INC., Assignee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AAA HEALTH PRODUCTS, INC., | ) | ORDER |
| (a/k/a QUALITY BOTANICAL | ) | |
| INGREDIENTS, INC.), | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on assignee's motion to continue hearing date (Filing No. 18) on the application to determine garnishee liability (Filing No. 15) and the motion to intervene (Filing No. 16) filed by Health Science Group, Inc. Hearing was held and:

IT IS ORDERED:

1) The motion to intervene is granted; Health Science Group, Inc., is permitted to intervene and shall have until May 22, 2006, to file its complaint.

2) Oakland/Red Oak Holdings shall have ninety (90) days from the date of the filing of said complaint to conduct discovery.

3) The parties shall file a status report with the Court on or before August 28, 2006, as to whether a further hearing needs to be scheduled.

DATED this 16th day of May, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court