IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
IN RE:                             )
                                   )
FORTRESS SYSTEMS, LLC, d/b/a       )
FSI NUTRITION,                     )
                                   )
          Debtor.                  )
                                   )
OAKLAND/RED OAK HOLDINGS,          )      8:05CV252
INC., Assignee,                    )
                                   )
          Plaintiff,               )
                                   )
     v.                            )
                                   )
AAA HEALTH PRODUCTS, INC.,         )      ORDER
(a/k/a QUALITY BOTANICAL           )
INGREDIENTS, INC.),                )
                                   )
          Defendant,               )
                                   )
HEALTH SCIENCE GROUP, INC.,        )
                                   )
          Intervenor.              )
_____)
```

This matter is before the Court on the stipulation of the parties (Filing No. 30). Pursuant thereto,

IT IS ORDERED:

1) The stipulation of the parties is approved and adopted;

2) This action is stayed until March 5, 2007. The parties shall file a written report on or before said date

advising the Court as to the status of the pending bankruptcy proceeding and advising whether the stay in this Court should be lifted.

        DATED this 7th day of September, 2006.

                BY THE COURT:

                /s/ Lyle E. Strom
                _____
                LYLE E. STROM, Senior Judge
                United States District Court