IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| FORTRESS SYSTEMS, LLC, d/b/a FSI NUTRITION, | ) ) ) | |
| Debtor. | ) ) ) | |
| OAKLAND/RED OAK HOLDINGS, INC., Assignee, | ) ) ) | 8:05CV252 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| AAA HEALTH PRODUCTS, INC., (a/k/a QUALITY BOTANICAL INGREDIENTS, INC.), | ) ) ) ) | ORDER |
| Defendant, | ) ) | |
| HEALTH SCIENCE GROUP, INC., | ) ) | |
| Intervenor. | ) ) | |

This matter is before the Court on the motion of Tanya Morrison to withdraw as attorney of record (Filing No. 32). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; Tanya Morrison is permitted to withdraw as attorney of record for intervenor, Health Science Group, Inc.

DATED this 26th day of October, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court